1

2

3                                JS-6

4

5

6

7

8              UNITED STATES DISTRICT COURT

9        FOR THE CENTRAL DISTRICT OF CALIFORNIA

10                    WESTERN DIVISION

11
   LI, MENG,                              No. CV 19-06924-DDP (JCx)
12
                 Plaintiff,
13                                        **DISMISSAL ORDER**
                    v.
14                                        Honorable Dean D. Pregerson
   UNITED STATES OF AMERICA, *et*         United States District Judge
15 *al.*,

16               Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the separately filed stipulation of the parties, this action is dismissed without prejudice.

Dated: July 30, 2020

_____

DEAN D. PREGERSON
United States District Judge

1